**NOT FOR PUBLICATION**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| STEPHEN McCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. 2005-188 |
| UNIVERSITY OF THE VIRGIN ) | |
| ISLANDS, SEAN GEORGES in his ) | |
| individual and official ) | |
| capacities, DR. LAVERNE ) | |
| RAGSTER, in her individual and ) | |
| official capacities, and JON ) | |
| and/or JANE DOES I through X, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ATTORNEYS:**

**Darren J. Baptiste, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Samuel H. Hall, Esq.**
St. Thomas, U.S.V.I.
    *For the defendants.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of Stephen McCauley ("McCauley") for a temporary restraining order enjoining the University of the Virgin Islands, Sean Georges, in his individual and official capacities, Dr. Laverne Ragster, in her individual and official capacities, and Jon and/or Jane Does I through X

*McCauley v Univ. of the V.I., et al.*
Civil No. 2005-188
Order
Page 2

(collectively, the "Defendants") from conducting any proceedings based on the University's Code of Student Conduct, or from reconvening any proceedings based thereon, during the pendency of the above captioned matter.  The premises considered, it is hereby

    **ORDERED** that the motion for a temporary restraining order is **DENIED.**

                               S\_____
                                   **Curtis V. Gomez**
                                     **Chief Judge**