IN THE UNITED STATES DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| STEPHEN McCAULEY | ) |
| | ) CIVIL NO. 2005/188 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF THE VIRGIN ISLANDS, | ) |
| and SEAN GEORGES in his individual and official | ) |
| capacities, and DR. LaVERNE E. RAGSTER, in her | ) |
| individual and official capacities, and JON and/or JANE | ) |
| DOES I through X. | ) |
| | ) |
| Defendants | ) |
| | ) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Plaintiff, STEPHEN MCCAULEY, in the above captioned case by and through the undersigned counsel hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 21st day of August, 2009.

Respectfully submitted,

**LAW OFFICES OF
DARREN JOHN-BAPTISTE, ESQ**.

Dated: September 18, 2009

s/ Darren John-Baptiste
DARREN JOHN-BAPTISTE, ESQ.
The Professional Building
5062 Fortets Gade Suites 11 & 12
St. Thomas, VI 00802
340.774.4400 (ph.)
340-779-8291(fax)

*Stephen McCauley  v. University of the Virgin Islands et. al.*
*Civ. No. 2005-188*
*Notice of Appeal*
 2

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and exact copy of the foregoing Notice of Appeal was directed to counsel of record for the respective parties by electronically filing the foregoing with the Clerk of the Court via the Court's ECF System on this 18th day of  September 2009.
.

/s Darren John-Baptiste_____